UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FORBO ADHESIVES, LLC,

                Plaintiff,                          **ORDER**

v.

                                                      **05-CV-415A(F)**

PINNACLE LABEL, INC.,

                Defendant.

The court having been advised that this matter has settled, the action is hereby DISMISSED on the merits and with prejudice subject to the right of either party to request that the matter be returned to the calendar in the event the settlement placed on the record on November 2, 2005 is not consummated in accordance with the terms of such settlement. The court will retain jurisdiction of the matter for the period of time necessary to complete payment of the settlement amount in accordance with the agreement.

SO ORDERED.

                                                               /s/ RICHARD J. ARCARA
                                                           RICHARD J. ARCARA
                                               UNITED STATES MAGISTRATE JUDGE

Dated: November 4, 2005
        Buffalo, New York